550 A.2d 198

**Richard A. NEYHARD, individually and/or as Administrator of the Estate of Christopher K. Neyhard, Deceased, and on behalf of all members of a class of individuals similarly situated, Appellant,**

v.

**STATE FARM INSURANCE COMPANY.**

Supreme Court of Pennsylvania.

Argued Oct. 26, 1988.

Decided Nov. 14, 1988.

Morris M. Shuster, William D. Marvin, Philadelphia, for appellant.

James J. McCabe, Philadelphia, for appellee.

66

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents.